Plaintiff's Motion. Motion02.
Motion to Amend Motion01 (Motion to Limit Discovery).                                   Vyletel v UofM-Dearborn

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan
Southern Division

| | |
|---|---|
| __Matthew P. Vyletel__ | Case No. __2:22-cv-12744__ |
| *Plaintiff* | |
| -v- | Jury Trial *(check one):* [X] Yes [ ] No |
| __University of Michigan – Dearborn__ | |
| *Defendant(s)* | Judge: __Hon. Sean F. Cox__ |
| | MJ: __Hon. Elizabeth A. Stafford__ |

Signature: _____     

RECD USDC – CLRK DET
2022 NOV 21 PM 3:13
VIA M. VYLETEL

Date: __NOV 21 2022__

Plaintiff's Motion. Motion02.
Motion to Amend Motion01 (Motion to Limit Discovery).                                    Vyletel v UofM-Dearborn

# I. THE PARTIES TO THIS MOTION

## A. The Plaintiff(s)

### 1. Plaintiff #1 - Primary

| Name | Matthew P. Vyletel |
|---|---|
| Street Address | 2417 Bunker Hill Rd |
| City and County | Ann Arbor, Washtenaw |
| State and Zip | MI, 48105 |
| Telephone # | (734)660-6948 |
| E-mail Address | vyletel.matt@gmail.com |

### 2. Plaintiff #1 - Secondary

| Name | Matthew P. Vyletel |
|---|---|
| Street Address | 3855 Green Brier Blvd (327A) |
| City and County | Ann Arbor, Washtenaw |
| State and Zip | MI, 48105 |
| Telephone # | (734)660-6948 |
| E-mail Address | vyletel.matt.legalrelated@gmail.com |

## B. The Defendant(s)

### 1. Defendant #1 - Primary

| Name | University of Michigan - Dearborn |
|---|---|
| Street Address | 4901 Evergreen Rd. |
| City and County | Dearborn, Wayne |
| State and Zip | MI 48128 |
| Attn: | |
| Telephone # | |
| Email | |

# II. CONCURRENCE – E.D. MICH. LR7.1

I emailed the attorney of record for the UofM, David Masson, who has responded in the past in regards to the concurrence of the 1st motion of Vyletel v UMD. He has not responded.

Case 2:22-cv-12744-MFL-DRG   ECF No. 7, PageID.111   Filed 11/21/22   Page 3 of 19

Plaintiff's Motion. Motion02.
Motion to Amend Motion01 (Motion to Limit Discovery).                                    Vyletel v UofM-Dearborn

## III. MOTION

1. Plaintiff incorporates by reference *Motion01. Motion to Limit Discovery.*

2. Motion to amend *Motion01. Motion to Limit Discovery.*

3. The concurrence statement will be added pursuant E.D. Mich. LR7.1.

    The concurrence statement will read,

"I emailed the attorney of record for the UofM, David Masson, who has responded in regards to this motion. He indicated opposition."

4. There is also a correction to the conversation explanation.

## IV. RELIEF

5. Permit submission of amended motion.

# BRIEF

6. Plaintiff incorporates by reference the previous information documented in *Motion 01. Motion to Limit Discovery* and the *Amended Complaint.*

7. To satisfy E.D. Mich. LR7.1, upon approval, the concurrence statement will be added to *Motion 01. Motion to Limit Discovery.*

8. An error in conversation replication has been addressed in the *Amended Complaint*. That error needs to be corrected in Motion01 and has been in the amended motion.

## CERTIFICATE OF SERVICE

***

I certify that on this date the *Motion02. Motion to Amended Motion01* document was sent to the following address to be served on;

University of Michigan - Dearborn
4901 Evergreen Rd, Dearborn, MI 48128

via the following method: U.S. Postal Mail.

_____
Matthew P. Vyletel

VIA M. VYLETEL

Date Sent: NOV 2 1 2022

Plaintiff's Motion. Motion01. Amended.
Motion to Limit Discovery

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan
## Southern Division

| | | |
|---|---|---|
| __Matthew P. Vyletel__ | ) | Case No. __2:22-cv-12744__ |
| *Plaintiff* | ) | |
| -v- | ) | Jury Trial *(check one)*: [X] Yes [ ] No |
| __University of Michigan – Dearborn__ | ) | |
| *Defendant(s)* | ) | Judge: __Hon. Sean F. Cox__ |
| | ) | MJ: __Hon. Elizabeth A. Stafford__ |

VIA M. VYLETEL

Signature: _____    Date: __NOV 2 1 2022__

Plaintiff's Motion. Motion01. Amended.
Motion to Limit Discovery

# I. THE PARTIES TO THIS MOTION

## A. The Plaintiff(s)

### 1. Plaintiff #1 - Primary

| Name | Matthew P. Vyletel |
|---|---|
| Street Address | 2417 Bunker Hill Rd |
| City and County | Ann Arbor, Washtenaw |
| State and Zip | MI, 48105 |
| Telephone # | (734)660-6948 |
| E-mail Address | vyletel.matt@gmail.com |

### 2. Plaintiff #1 - Secondary

| Name | Matthew P. Vyletel |
|---|---|
| Street Address | 3855 Green Brier Blvd (327A) |
| City and County | Ann Arbor, Washtenaw |
| State and Zip | MI, 48105 |
| Telephone # | (734)660-6948 |
| E-mail Address | vyletel.matt.legalrelated@gmail.com |

## B. The Defendant(s)

### 1. Defendant #1 - Primary

| Name | University of Michigan - Dearborn |
|---|---|
| Street Address | 4901 Evergreen Rd. |
| City and County | Dearborn, Wayne |
| State and Zip | MI 48128 |
| Attn | |
| Telephone # | |
| Email | |

# II. CONCURRENCE – E.D. MICH. LR7.1

I emailed the attorney of record for the UofM, David Masson, who has responded in regards to this motion. He indicated opposition.

Plaintiff's Motion. Motion01. Amended.
Motion to Limit Discovery

## CERTIFICATE OF GOOD FAITH EFFORT

***

I certify that I, Matthew P. Vyletel, in good faith attempted to confer with members of the defendant in attempt to eliminate the ban enacted against me which would have resolved the dispute without court action.

_____
Matthew P. Vyletel

VIA M. VYLETEL

Date: NOV 21 2022

Case 2:22-cv-12744-MFL-DRG ECF No. 7, PageID.117 Filed 11/21/22 Page 9 of 19

Plaintiff's Motion. Motion01. Amended.
Motion to Limit Discovery

## III. MOTION

1. Plaintiff incorporates by reference the *Complaint* and the *Exhibits of the Complaint*.

Motion to limit UofM-Dearborn's discovery to documents in-hand as via protective order permitted by Fed. R. Civ.26(c).

Matthew P. Vyletel, movant & plaintiff, has attempted to resolve the dispute without court action. This effort is shown in EXHIBIT #05 of the *Exhibits of the Complaint* (also easily seen in EXHIBIT #08 of the *Exhibits of the Complaint*, email 1.03 & email 1.05). I bring up that I have not been given an explanation in attempt to start the conversation. The UMD has all it needs for any defense or claim, in-hand, indicated by their unlawful actions on 11/08/19 and beyond.

## IV. RELIEF

2. UofM-Dearborn will not be permitted to request discovery from the Plaintiff, in any form, via protective order on the grounds of Fed. R. Civ.26(c).

Plaintiff's Motion. Motion01. Amended.
Motion to Limit Discovery

## BRIEF

3. Plaintiff incorporates by reference the previous information documented in the *Complaint* and the *Exhibits of the Complaint.*

4. Fed. R. Civ.26(b) defines discovery scope and limits as any non-privileged matter that is **relevant to a party's claim or defense**.

5. Fed. R. Civ.26(c) outlines grounds for protective orders which are satisfied by effort, via email (found in the *Exhibits of the Complaint* EXHIBIT #08, email 1.05. Original email is in the *Exhibits of the Complaint* EXHIBIT #05), to talk about the suspension in attempt to have it reversed and avoid legal action. I ask Eric to provide a reason for the ban in efforts to eliminate it.

6. The issue at hand here is the UofM's defense. I've provided documents that clearly indicates conspiracy and act in furtherance. No amount of discovery will change the evidence in those documents.

7. There is no issue of claim due to the fact that conspiracy against rights is unlawful under any condition. No claim they make is relevant.

8. Therefore, I have nothing relevant to their defense or any relevant claim. Requesting documents or discovery from me is a waste of time and harassment.

Plaintiff's Motion. Motion01. Amended.
Motion to Limit Discovery

## TABLE OF DOCUMENTS

| DOCUMENT | DESCRIPTION |
|---|---|
| 01 | Fed. R. Civ. Rule26(c) |
| 02 | EXHIBIT #05: Email01-Eric, Shawn, and Professor |
| 03 | EXHIBIT #08: EXHIBIT #05 Organized to Display Conversation |

FEDERAL RULES OF CIVIL PROCEDURE                    Rule 26(c)

(c) PROTECTIVE ORDERS
   (1) *In General.* A party or any person from whom discovery is sought may move for a protective order in the court where the action is pending—or as an alternative on matters relating to a deposition, in the court for the district where the deposition will be taken. The motion must include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action. The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following:
      (A) forbidding the disclosure or discovery;
      (B) specifying terms, including time and place or the al- location of expenses, for the disclosure or discovery;
      (C) prescribing a discovery method other than the one selected by the party seeking discovery;
      (D) forbidding inquiry into certain matters, or limiting the scope of disclosure or discovery to certain matters;
      (E) designating the persons who may be present while the discovery is conducted;
      (F) requiring that a deposition be sealed and opened only on court order;
      (G) requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way; and
      (H) requiring that the parties simultaneously file specified documents or information in sealed envelopes, to be opened as the court directs.
   (2) *Ordering Discovery.* If a motion for a protective order is wholly or partly denied, the court may, on just terms, order that any party or person provide or permit discovery.
   (3) *Awarding Expenses.* Rule 37(a)(5) applies to the award of expenses.

# EXHIBIT #05: Email 01-Eric, Shawn, and Professor

PLEASE SEE NEXT PAGE

**UNIVERSITY OF MICHIGAN**                                              Matt Vyletel <mvyletel@umich.edu>

## MSEL suspension
14 messages

**Shawn Simone** <shawsim@umich.edu>                                    Fri, Nov 8, 2019 at 8:42 AM
To: "M. Vyl." <mvyletel@umich.edu>
Cc: Kyoung Hyun Kwak <khkwak@umich.edu>, Eric Kirk <erk@umich.edu>

Hello Matt,

I have removed your teammates from this email as the following information is sensitive. I have also cc' d Professor Kwak and Eric Kirk, Director of Facilities and Laboratory Safety, as this pertains to your instructional courses and their completion.

Back on March 1st of this year, you were suspended from the IAVS high bay and team areas as well as the MSEL and its equipment, As of today that suspension is still in effect. However, because of your course requirements and the possible need to use the 3D printers, we need to make sure that you are able to use them to meet those course requirements. In order to do this, I will need you to make an appointment with me, if you are the one planning on running the 3D printers. If one of your group mates are assigned the task of 3D printing, they will only need to follow the outline in a previous email.

Shawn



Shawn Simone
Asst. Director, Manufacturing Systems and Engineering Lab
184 MSEL
4901 Evergreen Dearborn MI 48128
Tele # 313-593-5005
shawsim@umich.edu

---

**Matt Vyletel** <mvyletel@umich.edu>                                    Fri, Nov 8, 2019 at 9:56 AM
To: Shawn Simone <shawsim@umich.edu>
Cc: Eric Kirk <erk@umich.edu>, Kyoung Hyun Kwak <khkwak@umich.edu>

That was FSAE work related and does not apply to class work.
[Quoted text hidden]
--
Best regards,
Matt Vyletel

CONFIDENTIALITY NOTICE. This communication is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, proprietary or otherwise legally exempt from disclosure as applicable by law. Distribution, dissemination, or copying of this communication by anyone other than the intended recipient or agent responsible for delivery of this communication is strictly prohibited. If you have received this communication in error, please notify Matt Vyletel immediately at mvyletel@umich.edu and permanently delete the original electronic message. Thank you.

---

**Matt Vyletel** <mvyletel@umich.edu>                                    Fri, Nov 8, 2019 at 9:58 AM
To: Shawn Simone <shawsim@umich.edu>

And I still haven't been given a reason for that "suspension".
[Quoted text hidden]

| | |
|---|---|
| **Eric Kirk** <erk@umich.edu> | Fri, Nov 8, 2019 at 9:58 AM |

To: Matt Vyletel <mvyletel@umich.edu>
Cc: Shawn Simone <shawsim@umich.edu>, Kyoung Hyun Kwak <khkwak@umich.edu>

Matt,

I am sorry this does apply.

Please, follow all the requirements stated in this email.

Regards,

Eric

[Quoted text hidden]
--

**Eric R. Kirk | CECS Director of Facilities and Laboratory Safety**
College of Engineering and Computer Science
2182 HPEC | 4901 Evergreen Road | Dearborn, MI 48128
**313-593-5081** phone | **313-593-9967** fax
erk@umich.edu | umdearborn.edu/cecs

---

| | |
|---|---|
| **Matt Vyletel** <mvyletel@umich.edu> | Fri, Nov 8, 2019 at 9:59 AM |

To: Shawn Simone <shawsim@umich.edu>
Cc: Eric Kirk <erk@umich.edu>, Kyoung Hyun Kwak <khkwak@umich.edu>

**And I still have been given a reason for that "suspension". Please explain.**

On Fri, Nov 8, 2019 at 08:43 Shawn Simone <shawsim@umich.edu> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

| | |
|---|---|
| **Matt Vyletel** <mvyletel@umich.edu> | Fri, Nov 8, 2019 at 9:59 AM |

To: Eric Kirk <erk@umich.edu>
Cc: Kyoung Hyun Kwak <khkwak@umich.edu>, Shawn Simone <shawsim@umich.edu>

No.
[Quoted text hidden]

---

| | |
|---|---|
| **Eric Kirk** <erk@umich.edu> | Fri, Nov 8, 2019 at 10:01 AM |

To: Matt Vyletel <mvyletel@umich.edu>
Cc: Kyoung Hyun Kwak <khkwak@umich.edu>, Shawn Simone <shawsim@umich.edu>

**Matt,**

**This has been stated several times and will not go back in forth by email on reasons why.**

**Follow what has been stated.**

**Eric**
[Quoted text hidden]

---

| | |
|---|---|
| **Matt Vyletel** <mvyletel@umich.edu> | Fri, Nov 8, 2019 at 10:05 AM |

To: Eric Kirk <erk@umich.edu>
Cc: Kyoung Hyun Kwak <khkwak@umich.edu>, Shawn Simone <shawsim@umich.edu>

No. I'm a student at this university. I will take advantage of the access that is involved with that.
[Quoted text hidden]

**Kyoung Hyun Kwak** <khkwak@umich.edu>  Fri, Nov 8, 2019 at 11:52 AM
To: Matt Vyletel <mvyletel@umich.edu>
Cc: Eric Kirk <erk@umich.edu>, Shawn Simone <shawsim@umich.edu>

Matt,

Go with 3d printer route. Make an appointment with Shawn and build your parts. FDM part should be cheapest. SLA part need resin which is expensive compared to PLA filament. If you scale the airfoil down under 6inches and lay the airfoil flat, you probably need at least 1L of resin solution which costs close to $50 (not sure about the exact type of resin used for the printer in the lab but this estimation is based on Amazon search for general 405nm uv curing 3d printer resin) Apparently, this is the only feasible option that we can offer to you.

Thank you
Kyoung Hyun Kwak

[Quoted text hidden]

---

**Matt Vyletel** <mvyletel@umich.edu>  Fri, Nov 8, 2019 at 11:54 AM
To: Kyoung Hyun Kwak <khkwak@umich.edu>
Cc: Eric Kirk <erk@umich.edu>, Shawn Simone <shawsim@umich.edu>

No. It is not a valid engineering solution.
[Quoted text hidden]

---

**Kyoung Hyun Kwak** <khkwak@umich.edu>  Fri, Nov 8, 2019 at 12:00 PM
To: Matt Vyletel <mvyletel@umich.edu>
Cc: Eric Kirk <erk@umich.edu>, Shawn Simone <shawsim@umich.edu>

What is engineering? Engineering is designing, building something based on scientific principles. Designing and building process includes assessing feasibility of the plan. That is where optimization in. Apparently in the cost function, there is a big constraint on available time and resources for you. It is a valid engineering solution considering all the constraints.
[Quoted text hidden]

---

**Matt Vyletel** <mvyletel@umich.edu>  Fri, Nov 8, 2019 at 12:08 PM
To: Kyoung Hyun Kwak <khkwak@umich.edu>
Cc: Eric Kirk <erk@umich.edu>, Shawn Simone <shawsim@umich.edu>

Professor,
Thank you for your input. This isn't a debate. The airfoil will be machined out of Aluminum.
[Quoted text hidden]

---

**Kyoung Hyun Kwak** <khkwak@umich.edu>  Fri, Nov 8, 2019 at 12:11 PM
To: Matt Vyletel <mvyletel@umich.edu>
Cc: Eric Kirk <erk@umich.edu>, Shawn Simone <shawsim@umich.edu>

I am sorry but that is not what we can offer.
If you don't change mind I must let other teammates to go with 3D printed part without you. They cannot just sit and wait forever.
[Quoted text hidden]

---

**Matt Vyletel** <mvyletel@umich.edu>  Thu, Nov 14, 2019 at 12:43 PM
To: Matt Vyletel <vyletel.matt@gmail.com>

[Quoted text hidden]

# EXHIBIT #08: Exhibit #05 Organized to Display Conversation

PLEASE SEE NEXT PAGE

## Email 1 Conversation Progression

| Matt Vyletel (UMD student) | Eric Kirk (UMD Staff) | Shawn Simone (UMD Staff) | Kyoung Hyun Kwak (UMD Faculty) |
|---|---|---|---|
| | | ** | |
| | Hello Matt,<br>I have removed your teammates from this email as the following information is sensitive. I have also cc' d Professor Kwak and Eric Kirk, Director of Facilities and Laboratory Safety, as this pertains to your instructional courses and their completion. Back on March 1st of this year, you were suspended from the IAVS high bay and team areas as well as the MSEL and its equipment, As of today that suspension is still in effect. However, because of your course requirements and the possible need to use the 3D printers, we need to make sure that you are able to use them to meet those course requirements. In order to do this, I will need you to make an appointment with me, if you are the one planning on running the 3D printers. If one of your group mates are assigned the task of 3D printing, they will only need to follow the outline in a previous email.<br>Shawn | | Shawn (1.01)<br>Fri, 11/8/19 at 8:42 AM |
| Matt(1.02) 11/8/19 at 9:56 AM | That was FSAE work related and does not apply to class work.<br>[Quoted text hidden]<br>--<br>Best regards,<br>Matt Vyletel | | |
| Matt(1.03) 11/8/19 at 9:58 AM | And I still haven't been given a reason for that "suspension".<br>[Quoted text hidden] | | |
| | Matt,<br>I am sorry this does apply.<br>Please, follow all the requirements stated in this email.<br>Regards,<br>Eric | | Eric(1.04)<br>11/8/19 at 9:58 AM |
| Matt(1.05) 11/8/19 at 9:59 AM | And I still have been given a reason for that "suspension". Please explain. | | |
| Matt(1.06) 11/8/19 at 9:59 AM | No. | | |
| | Matt,<br>This has been stated several times and will not go back in forth by email on reasons why.<br>Follow what has been stated.<br>Eric | | Eric(1.07)<br>11/8/19 at 10:01 AM |

## Email 1 Conversation Progression

| Matt Vyletel (UMD student) | Eric Kirk (UMD Staff) | Shawn Simone (UMD Staff) | Kyoung Hyun Kwak (UMD Faculty) |
|---|---|---|---|
| | | ** | |
| Matt(1.08) 11/8/19 at 10:05 AM | No. I'm a student at this university. I will take advantage of the access that is involved with that. [Quoted text hidden] | | |
| | Matt, Go with 3d printer route. Make an appointment with Shawn and build your parts. FDM part should be cheapest. SLA part need resin which is expensive compared to PLA filament. If you scale the airfoil down under 6inches and lay the airfoil flat, you probably need at least 1L of resin solution which costs close to $50 (not sure about the exact type of resin used for the printer in the lab but this estimation is based on Amazon search for general 405nm uv curing 3d printer resin) Apparently, this is the only feasible option that we can offer to you. Thank you Kyoung Hyun Kwak | | Kyoung(1.09) 11/8/19 at 11:52 AM |
| Matt(1.10) 11/8/19 at 11:54 AM | No. It is not a valid engineering solution | | |
| | What is engineering? Engineering is designing, building something based on scientific principles. Designing and building process includes assessing feasibility of the plan. That is where optimization in. Apparently in the cost function, there is a big constraint on available time and resources for you. It is a valid engineering solution considering all the constraints. | | Kyoung(1.11) 11/8/19 at 12:00 PM |
| Matt(1.12) 11/8/19 at 12:04 PM | Professor, Thank you for your input. This isn't a debate. The airfoil will be machined out of Aluminum. | | |
| | I am sorry but that is not what we can offer. If you don't change mind I must let other teammates to go with 3D printed part without you. They cannot just sit and wait forever. | | Kyoung(1.13) 11/8/19 at 12:11 PM |