UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW P. VYLETEL,

    Plaintiff,

v.

    Case No. 22-cv-12744
    Hon. Matthew F. Leitman

UNIVERSITY OF MICHIGAN – DEARBORN,

    Defendant.

_____/

# **JUDGMENT**

In accordance with the Opinion and Order (1) Overruling Objections (ECF No. 26) to Report and Recommendation (ECF No. 22); (2) Adopting Recommended Disposition of Report and Recommendation; and (3) Dismissing Action with Prejudice, dated April 24, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 24, 2023
Detroit, Michigan